### Lynde ag$^t$ Trumbel

Simon Lynde plaint. ag$^t$ John Trumbel junio$^r$ Defend$^t$ in an action of the case for an account of One thousand five hundred foote of Merchantable pine boards laden by the s$^d$ Lynde on board the Catch

SeaFlower bound [ 360 ] for Jamaica, whereof hee the s$^d$ Jn$^o$ Trumbel junio$^r$ was Ma$^r$ as per receipt may appeare with the produce thereof with all due damages according to attachm$^t$ dat. x$^{br}$ 17th 1675. . . . The Jury . . . found for the plaint. nine pounds eighteen Shillings in mony & costs of Court twenty six Shillings & two pence.

Execucion issued Feb$^{ro}$ 16$^o$ 1675